JUDGE CEDARBAUM

07 CV 5838

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
CYRILLE TINKER,                       :
                                      :
         Plaintiff,                   :
                                      :
    -against-                         :
                                      :
JOHNSON & JOHNSON, JOHNSON &          :
JOHNSON PHARMACEUTICAL                :     CASE NO. _____
RESEARCH & DEVELOPMENT, L.L.C.,       :
ALZA CORPORATION, ORTHO-McNEIL        :
PHARMACEUTICAL, INC., and DOES 1      :
through 100,                          :
                                      :
         Defendants.                  :
                                      :
                                      :
------------------------------------- X

JUN 2 0 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### DEFENDANT ORTHO-McNEIL PHARMACEUTICAL, INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Ortho-McNeil Pharmaceutical, Inc. hereby discloses that it is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

12808685.1.LITIGATION

Dated: New York, New York
       June 20, 2007

                              **DECHERT LLP**

                              */s/ Patrick G. Broderick*

                              Robert W. Sparks (RS 4250)
                              Debra. D. O'Gorman (DO 1643)
                              Patrick G. Broderick (PB 9556)
                              30 Rockefeller Plaza
                              New York, NY 10012
                              (212) 698-3500

                              Attorneys for Defendant
                              Ortho-McNeil Pharmaceutical, Inc.

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on June 20, 2007, I caused a true and correct copy of the foregoing Defendant Ortho-McNeil Pharmaceutical, Inc.'s Rule 7.1 Disclosure Statement to be served via electronic filing upon all counsel so registered and upon:

Elliot L. Lewis, Esq.
LAW OFFICE OF JOSEPH M.
LICHTENSTEIN, P.C.
170 Old Country Road, Suite 301
Mineola, New York 11501

ATTORNEYS FOR PLAINTIFF

Dated: New York, NY
June 20, 2007

Patrick G. Broderick (9556)