JUDGE CEDARBAUM

07 CV 5838

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
CYRILLE TINKER,                      :

       Plaintiff,              :      JUN 2 0 2007

   -against-                        :

JOHNSON & JOHNSON, JOHNSON &         :
JOHNSON PHARMACEUTICAL                      CASE NO. _____
RESEARCH & DEVELOPMENT, L.L.C.,      :
ALZA CORPORATION, ORTHO-McNEIL
PHARMACEUTICAL, INC., and DOES 1     :
through 100,

       Defendants.             :

                                     :

                                     :
------------------------------------ X

**DEFENDANT JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH &
DEVELOPMENT, L.L.C.'S RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. hereby discloses that it is a limited liability company of which Ortho-McNeil Pharmaceutical, Inc. is the sole member. Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

12808683.1.LITIGATION

Dated: New York, New York
       June 20, 2007

                                          **DECHERT LLP**

                                          */s/ Patrick M. Broderick*
                                          Robert W. Sparks (RS 4250)
                                          Debra. D. O'Gorman (DO 1643)
                                          Patrick G. Broderick (PB 9556)
                                          30 Rockefeller Plaza
                                          New York, NY 10012
                                          (212) 698-3500

                                          Attorneys for Defendant
                                          Johnson & Johnson Pharmaceutical
                                          Research & Development, L.L.C.

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on June 20, 2007, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C.'s Rule 7.1 Disclosure Statement to be served via electronic case filing upon all parties so registered and by first class mail upon:

> Elliot L. Lewis, Esq.
> LAW OFFICE OF JOSEPH M. LICHTENSTEIN, P.C.
> 170 Old Country Road, Suite 301
> Mineola, New York 11501
>
> ATTORNEYS FOR PLAINTIFF

Dated: New York, NY
June 20, 2007

_____
Patrick G. Broderick (PB 9556)