JUDGE CEDARBAUM

07 CV 5838

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
CYRILLE TINKER,                       :

    Plaintiff,                        :

  -against-                            :

JOHNSON & JOHNSON, JOHNSON &          :
JOHNSON PHARMACEUTICAL                :   CASE NO. _____
RESEARCH & DEVELOPMENT, L.L.C.,       :
ALZA CORPORATION, ORTHO-McNEIL        :
PHARMACEUTICAL, INC., and DOES 1      :
through 100,                          :

    Defendants.                       :

                                      :

                                      :
------------------------------------- X

JUN 20 2007
U.S.D.C. S.D.
CASHIERS

## DEFENDANT ALZA CORPORATION'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Alza Corporation ("Alza") hereby discloses that it is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

12809091.1

Dated: New York, New York
       June 20, 2007

**DECHERT LLP**

*/s/ Patrick G. Broderick/*

Robert W. Sparks (RS 4250)
Debra. D. O'Gorman (DO 1643)
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, NY 10012
(212) 698-3500

Attorneys for Defendant Alza Corporation

12809091.1

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on June 20, 2007, I caused a true and correct copy of the foregoing Defendant Alza Corporation's Rule 7.1 Disclosure Statement to be served via electronic filing upon all counsel so registered and by first class mail upon:

Elliot L. Lewis, Esq.
LAW OFFICE OF JOSEPH M. LICHTENSTEIN, P.C.
170 Old Country Road, Suite 301
Mineola, New York 11501

ATTORNEYS FOR PLAINTIFF

Dated: New York, NY
June 20, 2007

                                                         Patrick G. Broderick (PB 9556)

12809091.1