UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X
CYRILLE TINKER,                          :

      Plaintiff,                        :

  -against-                             :

JOHNSON & JOHNSON, JOHNSON &             :
JOHNSON PHARMACEUTICAL                      CASE NO. _____
RESEARCH & DEVELOPMENT, L.L.C.,          :
ALZA CORPORATION, ORTHO-McNEIL
PHARMACEUTICAL, INC., and DOES 1         :
through 100,

      Defendants.                      :

                                         :

                                         :
--------------------------------------- X



JUN 2 0 2007

### DEFENDANT JOHNSON & JOHNSON'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson ("J&J") hereby discloses that it is a publicly held corporation with no publicly held corporation owning ten percent (10%) or more of Johnson & Johnson's stock. Johnson & Johnson further discloses that it does not have a parent corporation.

12808681.1.LITIGATION

Dated: New York, New York
June 20, 2007

**DECHERT LLP**

*/s/ Patrick G. Broderick*

Robert W. Sparks (RS 4250)
Debra. D. O'Gorman (DO 1643)
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, NY 10012
(212) 698-3500

Attorneys for Defendant J&J

12808681.1.LITIGATION

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on June 20, 2007, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson's Rule 7.1 Disclosure Statement to be served via electronic filing upon all counsel so registered and by first class mail upon:

Elliot L. Lewis, Esq.
LAW OFFICE OF JOSEPH M.
LICHTENSTEIN, P.C.
170 Old Country Road, Suite 301
Mineola, New York 11501

ATTORNEYS FOR PLAINTIFF

Dated: New York, NY
June 20, 2007

_Patrick G. Broderick_
Patrick G. Broderick (PB 9556)