**Judge    Cote**